JOHN REINERS et al., Appellants, *v.* JOHN M. YOUNG, Respondent.

(Argued April 13, 1888; decided April 24, 1888.)

APPEAL from order of the General Term of the Supreme Court, in the second judicial department, made December 15, 1885, which reversed a judgment in favor of plaintiff, entered upon a decision of the court on trial, and granted a new trial at Special Term.[*]

*J. Stewart Ross* for appellants.

*William H. King* for respondent.

GRAY, J., reads for reversal of order of General Term and for affirmance of judgment of Special Term.

All concur, except DANFORTH, J., not voting; RUGER, Ch. J., ANDREWS and EARL, JJ., concurring in result.

Order reversed and judgment accordingly.

---

[*] This case is not reported in full for the reason that a majority of the court did not concur in the opinion.